## Case No. 1,737.

### Ex parte BOWLING.

[1 Cranch, C. C. 39.] [1]

Circuit Court, District of Columbia. Oct. Term, 1801.

SHERIFFS AND CONSTABLES—SUMMARY SUSPENSION OF CONSTABLE.

A constable suspended from office before rule to show cause.

On an affidavit stating that Joseph Bowling, a constable, had dismissed a peace warrant, and had received for his services $1.62, THE COURT suspended him from office, and ordered a rule to be laid on him to show cause why an attachment of contempt should not issue. CRANCH, Circuit Judge, contra, because the charge was uncertain and ex parte,—no notice having been given.